# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0872. KADIA KAMILLIA PHIPPS v. A BETTERWAY RENT-A-CAR SYSTEM, INC.

The trial court entered a final judgment against Kadia Phipps in favor of A Betterway Rent-A-Car System, Inc. ("Appellee") on June 17, 2025. On September 9, 2025, Phipps filed a motion to set aside the judgment under OCGA § 9-11-60(d), alleging fraudulent and mistaken identity, and a motion to stay enforcement of the judgment. On November 17, 2025, the trial court denied the motions, and Phipps filed a notice of appeal on November 18, 2025. Appellee has filed a motion to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

A notice of appeal ordinarily must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). Phipps's November 18 notice of appeal — filed 154 days after the trial court's entry of the final judgment — is untimely as to that order.

Here, rather than timely appealing the June 17, 2025 final judgment, Phipps moved to set aside the judgment under OCGA § 9-11-60(d). However, an appeal from the denial of an OCGA § 9-11-60(d) motion requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Even construing Phipps's motion as a motion to reconsider, the denial of such a motion is not appealable in its own right, and such a motion does not extend the time to appeal the underlying order. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Compliance with the appropriate appellate procedure is jurisdictional. See *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, we lack jurisdiction over this appeal. We hereby GRANT Appellee's motion and DISMISS this appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __01/07/2026_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*